# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00234-CV

**Anthony Trammell, Appellant**

**v.**

**Cricket Hollow Apartments, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-15-001874, HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On June 19, 2015, this Court sent notice to Anthony Trammell that the clerk's record was overdue and that this Court had received notice from the Travis County clerk's office that no payment had been received or arrangements made for payment for the clerk's record. This Court requested that Trammell make arrangements for the record and submit a status report. Trammell also was notified that his appeal would be dismissed for want of prosecution if he did respond to this Court by June 29, 2015. To date, Trammell has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed:   July 2, 2015